PAINO BROS., INC., Appellant, v. CENTRAL NATIONAL BANK OF YONKERS, Respondent.— Judgment dismissing plaintiff's complaint on the merits and order

denying plaintiff's motion to set aside the verdict and for a new trial, in an action to recover damages for defendant's failure to honor a stop-payment order of a check drawn by it, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.